1  ROGERS JOSEPH O'DONNELL
   Merri A. Baldwin (State Bar No. 141957)
2  Mbaldwin@rjo.com
   Lauren B. Kramer (State Bar No. 259821)
3  Lkramer@rjo.com
   311 California Street, 10th Floor
4  San Francisco, California 94104
   Telephone: 415.956.2828
5  Facsimile: 415.956.6457

6  Attorneys for Defendant and Counter-Claimant
   UMS SOLUTIONS, INC.

7

8

9
                    UNITED STATES DISTRICT COURT
10
           NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION
11

12 | UNITED MEDICAL INSTRUMENTS, INC., | Case No. 5:14-CV-03840-PSG
13 | |
14 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT CONFERENCE DATE**
15 | vs. |
16 | UMS SOLUTIONS, INC. and DOES 1 through 10, inclusive, |
17 | Defendants. |
18 | UMS SOLUTIONS, INC., |
19 | Counter-Claimant, |
20 | vs. |
21 | UNITED MEDICAL INSTRUMENTS, INC., |
22 | |
23 | Counter-Defendant. |

24

25         Counsel for Defendant and Counter-Claimant UMS Solutions Inc. is not

26  available on the newly-scheduled date and time for the Case Management Conference in this

27  matter – October 28, 2104 at 10:00 a.m. – and requests that the Court reset the date for the

28  following week – November 4, 2014 at 10:00 a.m. Counsel for Plaintiff and Counter-

Defendant United Medical Instruments, Inc., has indicated he is available on November 4, 2014 at 10:00 a.m.

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED between and among Plaintiff and Counter-Defendant United Medical Instruments, Inc. and Defendant and Counter-Claimant UMS Solutions Inc., by and through their respective attorneys of record, that the Case Management Conference in this matter may be continued to November 4, 2014 at 10:00 a.m. in Department 5 of the Northern District Court of California – San Jose Division, located at 280 South 1st Street, San Jose, California.

Dated: October 9, 2014                ROGERS JOSEPH O'DONNELL


By: ___/s/ Merri A. Baldwin___
MERRI A. BALDWIN
LAUREN B. KRAMER

Attorneys for Defendant and Counter-Claimant UMS Solutions, Inc.

Dated: October 9, 2014                PAUL E. RICE, P.C.


By: ___/s/ Paul E. Rice___
PAUL E. RICE

Attorneys for Plaintiff and Counter-Defendant United Medical Instruments, Inc.

## ORDER

Per the stipulation of parties, it is hereby ordered that the Case Management Conference currently scheduled for October 28, 2014 is continued to November 4, 2014 at 10:00 a.m. in Department 5 of the Northern District Court of California – San Jose Division, 280 South 1st Street, San Jose, California.

Dated: October 10, 2014                *[signature]*
The Honorable Paul S. Grewal