1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED MEDICAL INSTRUMENTS, INC.,   ) | Case No. 5:14-cv-03840-PSG |
|                Plaintiff,   ) | **CASE SCHEDULING ORDER** |
|    v.   ) | **(Re: Docket No. 18)** |
| UMS SOLUTIONS, INC.,   ) | |
|                Defendant.   ) | |

Based on the parties' joint case management statement and the case management conference on November 4, 2014,[1]

IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is 120 days after entry of this order.

IT IS FURTHER ORDERED that the parties participate in mediation. The parties shall contact the ADR Unit within 7 days to make the necessary arrangements.

---

[1] *See* Docket No. 19.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

Initial Expert Disclosures ............................................................. January 26, 2015

Rebuttal Expert Disclosures ........................................................... February 9, 2015

Discovery Cut-Off ....................................................................... February 23, 2015

Dispositive Motions Hearing.......................................................... March 24, 2015

Pre-Trial Conference ....................................................................... May 19, 2015

Jury Trial ..................................................................... June 1, 2015 at 1:30 PM

**SO ORDERED.**

Dated: November 10, 2014

PAUL S. GREWAL
United States Magistrate Judge

United States District Court
For the Northern District of California

Case No. 5:14-cv-03840-PSG
CASE SCHEDULING ORDER

2