ROGERS JOSEPH O'DONNELL
Merri A. Baldwin (State Bar No. 141957)
Mbaldwin@rjo.com
Lauren B. Kramer (State Bar No. 259821)
Lkramer@rjo.com
311 California Street, 10th Floor
San Francisco, California 94104
Telephone:  415.956.2828
Facsimile:  415.956.6457

Attorneys for Defendant and Counter-Claimant
UMS SOLUTIONS, INC.

PAUL E. RICE, A PROFESSIONAL CORPORATION
Paul E. Rice (State Bar No. 62509)
price@civlit.com
350 Cambridge Ave., Ste. 225
Palo Alto, CA 94306
Telephone: 650.289.9088
Facsimile: 650.289.9093

Attorneys for Plaintiff and Counter-Defendant
UNITED MEDICAL INSTRUMENTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| UNITED MEDICAL INSTRUMENTS, INC.,<br><br>         Plaintiff,<br><br>vs.<br><br>UMS SOLUTIONS, INC. and DOES 1 through 10, inclusive,<br><br>         Defendants. | Case No.  5:14-CV-03840-PSG<br><br>**STIPULATION AND ORDER RE MUTUAL DISMISSAL** |
| UMS SOLUTIONS, INC.,<br><br>         Counter-Claimant,<br><br>vs.<br><br>UNITED MEDICAL INSTRUMENTS, INC.,<br><br>         Counter-Defendant. | |

Page 1

UNITED MEDICAL INSTRUMENTS INC. and UMS SOLUTIONS, INC. have agreed and hereby stipulate that both the Complaint and Cross-Complaint in this action shall be dismissed with prejudice as the performance of the provisions contained in the settlement agreement is now complete.

Dated: November 18, 2015        ROGERS JOSEPH O'DONNELL

By: /s/ Merri A. Baldwin
MERRI A. BALDWIN
LAUREN B. KRAMER

Attorneys for Defendant and Counter-Claimant UMS Solutions, Inc.

Dated: November 18, 2015        PAUL E. RICE, P.C.

By: /s/ Paul E. Rice
PAUL E. RICE

Attorneys for Plaintiff and Counter-Defendant United Medical Instruments, Inc.

## ORDER

Based on the stipulation of the parties and good cause appearing,

IT IS SO ORDERED that the entire case be dismissed with prejudice. The Clerk of the Court is directed to close the file.

Dated: November 18, 2015

[signature]

The Honorable Paul S. Grewal